RECEIVED
MAY 1 9 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
DEPUTY

FILED
MAY 1 9 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

Speech to Text Institute, Inc.
401 Edgewater Place, Suite 600
Wakefield MA 01880
Ph: (781) 876 6275

United States District Court Western District of Texas
500 West 5th Street
Austin, Texas 78701

**Civil Action No. 1:23-CV-00421-LY**

AUSTIN LEGAL VIDEO, LLC, DEPO-NOTES, LLC, and PASQUAL PEREZ, III vs. DEPOSITION SOLUTIONS, LLC D/B/A LEXITAS, COURT REPORTERS CLEARINGHOUSE, INC., ALDER.SON § REPORTING CONIPANY, INC., SOUTHEAST REPORTING & VIDEO § SERVICE, INC., KENNEDY § REPORTING SERVICE, INC., TEXAS COURT REPORTERS ASSOCIATION, INC., SPEECH TO TEXT INSTITUTE, INC., SHERRI FISHER, LORRIE SCHNOOR, SONIA TREVINO, AND SHELLY TUCKER

**RESPONSE TO CIVIL ACTION**

The Speech to Text Institute, Inc. ("STTI") hereby responds to the above-cited Civil Action by Austin Legal Video, LLC, as follows:

- Affirmative Defense 1. Per Clause 30, While Mr. Steve Townsend is the current President of STTI, he was never the President of the National Court Reporters Association.

- Affirmative Defense 2. Per Clause 31, the characterization that "STTI is a trade association whose primary function appears to be to assist the court reporting.industries' efforts to repel these "barbarians" is not correct.

    Per its website (see https://speechtotextinstitute.org/about-us/) the stated vision and mission of STTI are as follows:

    **Mission Statement**

    To lead the speech-to-text industry by setting standards of competence, professionalism, and service.

    **Vision Statement**

    STTI's vision is to create a constructive path forward for the speech-to-text industry and its service to the legal community by acknowledging the merits of all

technologies, working deliberately to establish standards and best practices, and building a spirit of cooperation that breeds innovation and protects the sanctity of the official record.

- Affirmative Defense 3. Other than quoting Mr. Townsend and referencing his association with STTI, the Civil Action makes no other specific claims against our organization.

- Affirmative Defense 4. STTI has never had any association with Austin Video or any of its affiliate companies.

- Affirmative Defense 5. None of the other named defendants have ever held a leadership position in STTI.

WHEREFORE, requests for judgment dismissing Speech to Text Institute, Inc., from this Civil Action with prejudice, and for such other and further relief as this Court may deem just and equitable.

Respectfully submitted,

Greg Kohn
Executive Manager
Speech to Text Institute, Inc.
c/o Virtual, Inc.

Kohn
16 Patterson Ave
Titusville NJ 08560

TRENTON NJ 085
15 MAY 2023 PM 4 L

United States District Court
Western District of Texas
500 West 5th Street
Austin TX 78701

SCREENED BY CSO
MAY 19 2023

78701-383099