# EXHIBIT A

| Invoice No. | Invoice Date | Pay Amount | Resource Paid | Job No. | Job Date | Case |
|---|---|---|---|---|---|---|
| 73661 | 9/10/2014 | 500.00 | 10/1/2014 | 52902 | 9/4/2014 | E-Watch, Inc. et al. v. Apple Inc. et al. |
| 73785 | 9/16/2014 | 425.00 | 10/1/2014 | 52795 | 9/5/2014 | E-Watch, Inc. et al. v. Apple Inc. et al. |
| 80546 | 5/14/2015 | 245.00 | 5/20/2015 | 57950 | 4/28/2015 | Microwave Vision, S.A. v. Esco Technologies Inc. |
| 80569 | 5/14/2015 | 791.25 | 5/20/2015 | 57952 | 4/29/2015 | Microwave Vision, S.A. v. Esco Technologies Inc. |
| 80651 | 5/18/2015 | 415.00 | 5/20/2015 | 57954 | 4/30/2015 | Microwave Vision, S.A. v. Esco Technologies Inc. |
| 80652 | 5/18/2015 | 461.25 | 5/20/2015 | 58382 | 4/30/2015 | Microwave Vision, S.A. v. Esco Technologies Inc. |
| 88035 | 6/10/2016 | 300.00 | 6/15/2016 | 64500 | 5/25/2016 | Texas Parks & Wildlife Foundation Board Meeting |
| 89694 | 9/9/2016 | 875.00 | 9/14/2016 | 65882 | 8/23/2016 | 4D Innovations & Skipco v. BPS Direct & Water Sports |
| 89996 | 9/26/2016 | 732.50 | 9/28/2016 | 65805 | 9/7/2016 | Appeal of BAE Systems Tactical Vehicle Systems LP |
| 90000 | 9/26/2016 | 502.50 | 9/28/2016 | 65807 | 9/8/2016 | Appeal of BAE Systems Tactical Vehicle Systems LP |
| 90214 | 10/11/2016 | 400.00 | 10/12/2016 | 66111 | 9/21/2016 | Texas Parks & Wildlife Foundation Board Meeting |
| 90749 | 10/28/2016 | 875.00 | 11/2/2016 | 66315 | 10/21/2016 | U.S. ex rel. Lyle Beauchamp, et al. v. Academi Training Center, Inc. |
| 92541 | 2/13/2017 | 487.50 | 2/15/2017 | 67921 | 1/25/2017 | Texas Parks & Wildlife Foundation Board Meeting |
| 93451 | 3/24/2017 | 268.75 | 3/29/2017 | 69070 | 3/20/2017 | United States v. Energy Solutions, Inc. |
| 93476 | 3/28/2017 | 723.75 | 3/29/2017 | 68855 | 3/21/2017 | United States v. Energy Solutions, Inc. |
| 94168 | 4/21/2017 | 243.75 | 4/26/2017 | 69170 | 4/7/2017 | Texas Parks & Wildlife Foundation Board Meeting |

| | | | | | | |
|---|---|---|---|---|---|---|
| 94298 | 4/25/2017 | 803.75 | 4/26/2017 | 69911 | 4/17/2017 | United States v. Energy Solutions, Inc. |
| 94470 | 5/3/2017 | 347.50 | 5/10/2017 | 70102 | 4/25/2017 | Zeno Holdings, LLC v. Futuresimple Inc. and et al. |
| 95324 | 6/12/2017 | 414.00 | 6/14/2017 | 70866 | 6/2/2017 | Democratic National Committee (DNC) |
| 95357 | 6/14/2017 | 310.00 | 6/14/2017 | 70867 | 6/3/2017 | Democratic National Committee (DNC) |
| 99092 | 11/14/2017 | 806.25 | 11/15/2017 | 73930 | 11/3/2017 | Quintel Technology LTD v. Huawei Technologies USA Inc. et al |
| 99439 | 12/1/2017 | 225.00 | 12/6/2017 | 74068 | 11/20/2017 | Senate Committee on Finance |
| 99521 | 12/4/2017 | 693.75 | 12/6/2017 | 74207 | 11/28/2017 | Alamo Group v. RSM US LLP |
| 100293 | 1/3/2018 | 506.25 | 1/10/2018 | 74767 | 12/15/2017 | Alamo Group v. RSM US LLP |
| 100336 | 1/5/2018 | 731.25 | 1/10/2018 | 74209 | 12/20/2017 | Alamo Group v. RSM US LLP |
| 100377 | 1/9/2018 | 356.25 | 1/10/2018 | 74211 | 12/21/2017 | Alamo Group v. RSM US LLP |
| 101043 | 2/5/2018 | 356.25 | 2/7/2018 | 75389 | 1/24/2018 | Texas Parks & Wildlife Foundation Board Meeting |
| 102512 | 3/29/2018 | 225.00 | 4/4/2018 | 76306 | 3/13/2018 | Scorpion Internet Marketing v. John or Jane Does 1 and 2 |
| 103096 | 4/24/2018 | 261.75 | 4/25/2018 | 77010 | 4/6/2018 | Texas Parks & Wildlife Foundation Board Meeting |
| 104391 | 6/6/2018 | 1,425.00 | 6/6/2018 | 77617 | 5/17/2018 | U.S. Department of Veterans Affairs Advisory Meeting |
| 105726 | 7/25/2018 | 225.00 | 7/25/2018 | 80037 | 7/18/2018 | Republican National Committee Meetings (RNC) |
| 105727 | 7/25/2018 | 225.00 | 7/25/2018 | 80038 | 7/18/2018 | Republican National Committee Meetings (RNC) |
| 105730 | 7/25/2018 | 225.00 | 7/25/2018 | 80039 | 7/18/2018 | Republican National Committee Meetings (RNC) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 105808 | 7/27/2018 | 225.00 | 8/2/2018 | 80040 | 7/19/2018 | Republican National Committee Meetings (RNC) |
| 105816 | 7/27/2018 | 225.00 | 8/2/2018 | 80036 | 7/18/2018 | Republican National Committee Meetings (RNC) |
| 105901 | 7/30/2018 | 225.00 | 8/2/2018 | 80041 | 7/20/2018 | Republican National Committee Meetings (RNC) |
| 109707 | 1/10/2019 | 206.25 | 1/21/2019 | 82781 | 12/20/2018 | Generational Equity, LLC v. William Laurence Stanley, et al. |
| 110079 | 2/7/2019 | 337.50 | 2/18/2019 | 83486 | 1/23/2019 | Texas Parks & Wildlife Foundation Board Meeting |
| 114741 | 8/28/2019 | 680.00 | 9/16/2019 | 87858 | 8/15/2019 | Specialty Compounding Properties, LLC v. Raymond Solano |
| 118578 | 2/4/2020 | 431.50 | 2/17/2020 | 90249 | 1/22/2020 | Texas Parks & Wildlife Foundation Board Meeting |
| 127411 | 2/9/2021 | 100.00 | 2/12/2021 | 99263 | 2/2/2021 | Mezger v. Beechcraft |
| 128794 | 3/16/2021 | 195.00 | 3/26/2021 | 100362 | 3/9/2021 | Mezger v. Beechcraft |
| 128982 | 3/16/2021 | 195.00 | 3/26/2021 | 100462 | 3/10/2021 | Mezger v. Beechcraft |
| 128986 | 3/16/2021 | 455.00 | 3/26/2021 | 100668 | 3/11/2021 | Mezger v. Beechcraft |
| 131329 | 5/24/2021 | 412.50 | 6/4/2021 | 101813 | 4/21/2021 | Cathy Paraschos v. The Kroger Co. |
| | **Total Paid:** | **20,071.00** | | | | |