# EXHIBIT B



**California Rates**

**Confidential Pricing Prepared for**

**2022**

| CR Rates - Depositions & Hearings | Unit | Price |
|---|---|---|
| Appearance Fee (2 Hour Minimum) | Per Hour | |
| Transcripts (Original +1 Copy) | Per Page | |
| Copies | Per Page | |
| Rough Transcript | Per Page | |
| Certified Nonappearance | Flat Fee | |
| Realtime | Per Page | |
| EUO/CME/Hearings | 1st Hour | |
| EOU/CME/Hearings | Each Additional | |
| EOU/CME/Hearings Transcript | Per Page | |
| **Transcript Production** | **Unit** | **Price** |
| Black and White | Per Printed Page | |
| Color | Per Printed Page | |
| Scanning | Per Page | |
| Remote Deposition Exhibits | Per Job | |
| Shipping and Handling (Cost Will Vary over 5 pounds) | Per Job | |
| **Expedited Transcript Rates** | **Unit** | **% of Standard Cost** |
| 7 Day Turnaround | Per Business Day | |
| 6 Day Turnaround | Per Business Day | |
| 5 Day Turnaround | Per Business Day | |
| 4 Day Turnaround | Per Business Day | |
| 3 Day Turnaround | Per Business Day | |
| 2 Day Turnaround | Per Business Day | |
| Next Day Turnaround | Per Business Day | |
| Same Day Turnaround | Per Business Day | |
| **In-Person Legal Videography Rates** | **Unit** | **Price** |
| Deposition Videography | Set-Up plus 2 hours | |
| Deposition Videography | Each Additional | |
| Overtime Before 8am and after 6pm | Per Hour | |
| Weekend and Holiday Rates (3hr min) | Per Hour | |
| Picture In Picture | Day Rate | |
| Live Streaming / Hybrid | Day Rate | |
| Late and Same-day Cancellation | Flat Rate | |
| **Remote Deposition Services** | **Unit** | **Price** |
| Remote Video Tech | Per Hour (2 hr Min) | $55.00 |
| Remote Video Tech w/ Exhibit Share | Per Hour (2 hr min) | $65.00 |
| Remote Meeting Setup and Testing | Per Deposition | Complimentary |
| Remote Arbitrations w/ Exhibits | Per Hour (2 hr min) | |
| Remote Trial Tech w/ Exhibits | Per Hour (2 hr min) | |

**Phone: 850-308-5507**          **Email: scheduling@tisaproductions.com**

| Services Before 8am or After 6pm | Per Hour | |
|---|---|---|
| Weekend and Holiday Rates | Per Hour (2 hr min) | |
| Late and Same-day Cancellations | Flat Rate | |
| **Other Litigation Video Services** | **Unit** | **Price** |
| Day In The Life/Settlement Video | Starting From | |
| Site Inspection (3 hr min) | Per Hour | |
| Settlement Video | Starting From | |
| **Live Event Services** | **Unit** | **Price** |
| Event Videography (Per Videographer) | Per Hour | |
| Event Live Stream | Per Day | |

# The TLM Advantage

### *Innovative Infrastructure:*
Our state-of-the-art services will save you time and money by providing you with the highest quality transcripts and videos at the fastest turnaround speed in the legal media industry. We have developed a streamlined workflow that allows you to conveniently access digital deliverables from anywhere in the world via a complimentary, password-encrypted link. We use a triple-redundant backup system that stores your files indefinitely, so they can be easily accessed at any time.

### *World-Class Professionalism*
At TLM, we believe in treating our clients like family. We never outsource to ensure consistent quality on every assignment. Each legal media specialist is personally trained in-house to always present him or herself with the utmost professionalism. Our training protocols, which improve upon AAERT standards, put an emphasis on behavior, attitude, and accommodation. Each media specialist has been taught not only to follow the code of civil procedure, but also to always display proper deposition etiquette.

### *Unrivaled Customer Service*
The TLM team is dedicated to keeping our clients up to date with the latest breakthroughs in technology and available services. You can rest assured that all our equipment and services have been rigorously tested to ensure consistent reliability and to minimize any risk of technical failure or human error. We understand that each client has unique needs and so we provide personalized customer service for every individual situation. We've got the customer service and technology covered so you can focus on what really matters: winning your case.

### *Compact Deposition Setup*
Our tapeless, all-digital deposition kits provide for a seamless, uninterrupted deposition taking experience. All our compact kits are identical in construction and designed for lightning-fast troubleshooting in the unlikely event of a technical malfunction. Furthermore, their space-saving design ensures comfortable deposition recording in conference rooms and offices of all sizes. Though small, our legal media kits record high-definition audio and video intended for high-quality presentation at trial. Their sleek design is unobtrusive and more versatile than those of our competitors.

**Phone: 850-308-5507**     **Email: scheduling@tisaproductions.com**

# Testimonials

*"By far, the best dressed legal team with the most compact video kits."*

-Carlos Jimenez,
Attorney and Shareholder, Littler Mendelson, PC

*"I wholeheartedly endorse Chris and his team of legal media specialists. I would recommend them without hesitation. Through his leadership and vision, Chris has created an organization that I can count on every time to take excellent, professional care of my clients. I truly consider Chris a valuable member of my team."*

-Kelli Norden
Owner, Kelli Norden & Associates

*"TLM is our number one choice for videographers. They are up with technology and make the process so easy. All the videographers are very professional."*

-M. Black
Owner, MB Reporting

*"I've had the privilege of working with Tisa Legal Media for several years now, and I don't hesitate to recommend the team to anyone looking for videography services in California. Professionalism is paramount in the legal industry, and Tisa Legal Media delivers."*

-Rich Alossi, RPR, CCRR, CSR

*"Christopher Tisa and Tisa Legal media are true professionals and offer top-of-the-line technology and services. They have helped tremendously with our growth in the OC and LA markets. With their ability to capture HD and knowledge of video streaming, our clients are well covered in any type of deposition or trial service they may require."*

-Derek Berg
President, Aptus Court Reporting

*"The videographer I worked with that day, Misha Tsirtsan, was one of the BEST videographers I have worked with. He was so professional, courteous, and pleasant to work with. He took time to explain to the deponent exactly how the videotaping worked which I have never seen any other videographer do. He went out of his way to always offer coffee and water to everyone in the room..... he was just great. I have never in 30 years seen this before."*

-Court Reporter
Ben Hyatt Certified Deposition Reporters

**Additional testimonials are available upon request.**

**For more information, visit us online at tisalegalmedia.com or on social media via Facebook, Twitter or Instagram: @TisaLegalMedia**

**Phone: 850-308-5507**   **Email: scheduling@tisaproductions.com**