# EXHIBIT C



**Austin Legal Video , LLC**
1601 Sahara Ave
Austin, TX  78745 US
512.294.3053
mcherneyperez@gmail.com
www.Austinlegalvideo.net

# INVOICE

**BILL TO**
Alderson Reporting
1111 14th Street NW
Ste 1050
Washington, DC  20005 USA

**INVOICE #** 11717
**DATE** 04/30/2021
**DUE DATE** 05/30/2021
**TERMS** Net 30

**JOB/CASE INFO:**
101813

**STYLE:**
Paraschos v The Kroger Co

**WITNESS:**
Cathy Paraschos

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
| 04/21/2021 | **Zoom Recording** | Zoom Recording | 5.50 | 75.00 | 412.50 |
| 04/21/2021 | **Media** | Media | 1 | 0.00 | 0.00 |

We appreciate your business!

BALANCE DUE **$412.50**

**\*\*Please note\*\***
Invoices paid after the due date will accrue a
5% late fee per additional 30 days of non-payment