# EXHIBIT D

**From:** David Kis <David.Kis@trustpoint.one>
**Sent:** Thursday, February 13, 2020 3:49 PM
**To:** Chris Gaskill <Chris.Gaskill@aldersonreporting.com>; Josh Fanning <Josh.Fanning@aldersonreporting.com>; Joe Bradley <Joe.Bradley@aldersonreporting.com>; Amy Derr <Amy.Derr@aldersonreporting.com>
**Cc:** Molly Collins <Molly.Collins@aldersonreporting.com>
**Subject:** RE: Pasqual - Austin Legal Video

I am very interested in delivering the best work product possible and using technology to enhance our services. #staycurrent



**David Kis**
President Court Reporting
c:  941.448.9619
o:  855.669.1205
www.trustpoint.one

---

**From:** Chris Gaskill <Chris.Gaskill@aldersonreporting.com>
**Sent:** Thursday, February 13, 2020 3:45 PM
**To:** Josh Fanning <Josh.Fanning@aldersonreporting.com>; Joe Bradley <Joe.Bradley@aldersonreporting.com>; David Kis <David.Kis@trustpoint.one>; Amy Derr <Amy.Derr@aldersonreporting.com>
**Cc:** Molly Collins <Molly.Collins@aldersonreporting.com>
**Subject:** Re: Pasqual - Austin Legal Video

Yeah, we really need to catch up. Our competitors are already doing it...


Chris Gaskill
Business Development Director
c: 202-577-6187

o: 202.336.8825

www.AldersonReporting.com

www.trustpoint.one

Did you know we can help with your document translations, eDiscovery, and staffing solutions as well?

---

**From:** Amy Derr <Amy.Derr@aldersonreporting.com>
**Sent:** Thursday, February 13, 2020 3:40:54 PM
**To:** Josh Fanning <Josh.Fanning@aldersonreporting.com>; Joe Bradley <Joe.Bradley@aldersonreporting.com>; David Kis <David.Kis@trustpoint.one>; Chris Gaskill <Chris.Gaskill@aldersonreporting.com>
**Cc:** Molly Collins <Molly.Collins@aldersonreporting.com>
**Subject:** FW: Pasqual - Austin Legal Video

Love this! This could be our little tool for clients on late adds in this part of TX.

Just need to be able to swear in the witness.

AI really needs to be a part of what we can do/offer in some/various forms.

Amy

---



**Amy Derr**
Resource Development Division Director | Alderson Court Reporting
1111 14th Street, NW Suite 1050 Washington DC 20005
Direct: 202.336.8816 | Mobile: 502.640.0850

---

**From:** Molly Collins <Molly.Collins@aldersonreporting.com>
**Sent:** Thursday, February 13, 2020 3:30 PM
**To:** Amy Derr <Amy.Derr@aldersonreporting.com>
**Subject:** RE: Pasqual - Austin Legal Video

Hi Amy,

I spoke with Trey on the phone. So they are capturing the record using AI. They run their audio through their own app they have. They are still in the beginning phases. He said they can create their own vocabulary too and run it through the app. They are also working on speaker identification. It seems pretty promising with the TX shortage. He said we can send them example audio and he'll run it through and send it back so we can see what it is like.

He also told me he has been receiving some serious back lash. Lexitas even reached out to him and told him to tone down his advertising (lol – some gossip).

He sent me a link attached for the basic demo.

Thanks,
Molly Collins
Resource Development Director | Alderson Court Reporting

1111 14th St, NW, Suite 1050, Washington, DC 20005
Direct: 202.350.6364



**From:** Amy Derr <Amy.Derr@aldersonreporting.com>
**Sent:** Thursday, February 13, 2020 10:21 AM
**To:** Molly Collins <Molly.Collins@aldersonreporting.com>
**Subject:** Pasqual - Austin Legal Video



Molly – I saw this on Linked In. Can you please check with them about this service and get rates.

How are they capturing the record?

___

 

**Amy Derr**
Resource Development Division Director | Alderson Court Reporting
1111 14th Street, NW  Suite 1050  Washington DC 20005

Direct: 202.336.8816 | Mobile: 502.640.0850

**NATIONWIDE SERVICES:** 800.FOR.DEPO (800.367.3376)
Washington, DC: 202.289.2260
www.aldersonreporting.com

**Connect with me on LinkedIn**