**Southwest Reporting (Scheduling)**

| | |
|---|---|
| From: | Southwest Reporting (Scheduling) <scheduling@swreporting.com> |
| Sent: | Friday, April 12, 2019 11:25 AM |
| To: | 'Michelle Cherney-Perez' |
| Cc: | 'Pasqual Perez'; 'SW Production'; 'tim.m@swreporting.com'; 'scheduling@swreporting.com' |
| Subject: | RE: Rate Increase |

Michelle,

Thank you for sending those rates, we will update everything on our end.

Additionally, the cancellations you all get from us are due to the client cancelling on us, NOT us finding someone else. What have we said or indicated to make you believe the contrary? Client cancellations cannot be helped or even anticipated beforehand, I am sure you know that.

You guys are our main videographer for the SA/Austin area, so yes, you DO get all of our work whether it is video only or a normal deposition. You are always the first person we call!

I am just not sure what we have done wrong here.

Are you still going to cover the 5/1 in SA for us? It is a regular depo with reporter and videographer.

Thank you,

**BARBARA MCCAULEY** | National Scheduling
**SOUTHWEST LITIGATION SERVICE**\* | P: 713.650.1800 | F: 713.650.6245
Since 1972

826 Heights Blvd. | Houston, TX | 77007

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS: Austin | Dallas | San Antonio | Corpus Christi

*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Michelle Cherney-Perez <m.cherneyperez@gmail.com>
**Sent:** Friday, April 12, 2019 10:56 AM
**To:** Southwest Reporting (Scheduling) <scheduling@swreporting.com>
**Cc:** Pasqual Perez <pasqualperez@yahoo.com>; SW Production <swreptproduction@swreporting.com>; scheduling@mslegalsupport.com; tim.m@swreporting.com
**Subject:** Re: Rate Increase

Good morning Barbara,

1

**EXHIBIT 1**

SOUTHWEST 000001

I sent out an official email notifying you of our rate increase for regular video depositions but, I neglected to include our updated video-only rate. To clarify, our prices are as follows:

Regular video rate: $85/hr*
Video only rate: $100/hr*
Pip/Elmo rate: $400 in addition to hourly
*3/hr minimum

Barbara, at this time, our schedule is filling up for the end of April and the month of May. Unfortunately, due to the amount of cancellations from Southwest and the fact that we are not getting all of your video work, we will not be able to make any reservations on our calendar more than a week out. We hope you understand our position and we apologize for any inconvenience.

Sincerely,
Michelle Cherney
Trey Perez
Austin Legal Video, LLC


On Fri, Apr 12, 2019 at 8:16 AM Southwest Reporting (Scheduling) <scheduling@swreporting.com> wrote:

Good morning Trey and Michelle!


I know I had spoken briefly last week with you regarding your rate increase for video jobs, and for Video Only jobs more specifically. Can you send me an official email or rate sheet that shows the difference in rates with regard to Video Only jobs and then normal depos with Court Reporter present? We need to update your profile/account on our end.


Thank you,


**BARBARA MCCAULEY** | National Scheduling

**SOUTHWEST LITIGATION SERVICE*** | P: 713.650.1800 | F: 713.650.6245

Since 1972


826 Heights Blvd. | Houston, TX | 77007


National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

| Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS:  Austin | Dallas | San Antonio | Corpus Christi

*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

--
*Michelle Cherney*
Office Manager
Austin Legal Video, LLC
C: 512.294.3053

SOUTHWEST 000003