# Barbara McCauley

| | |
|---|---|
| **From:** | Pasqual Perez <pasqualperez@yahoo.com> |
| **Sent:** | Tuesday, January 28, 2020 7:34 PM |
| **To:** | Southwest Reporting Scheduling |
| **Subject:** | Fw: Fwd: Austin Tomorrow 1/28-Potentially video Only-Can you Cov |

Hi Barbara,
I just wanted to let you know that what we are using is our own App . We do not use a service like Rev , OTTER AI, Verbit, etc. The platform is our own that we are developing . I would be happy to show your firm our interface and the editing tools we have developed and are developing . I'm not sure if you still get to keep your work product in house but with our app Depo-Notes you could.

Thanks,
Trey

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Michelle Cherney-Perez" <m.cherneyperez@gmail.com>
**To:** "Pasqual Perez" <pasqualperez@yahoo.com>
**Sent:** Tue, Jan 28, 2020 at 7:21 PM
**Subject:** Fwd: Austin Tomorrow 1/28-Potentially video Only-Can you Cov

---------- Forwarded message ---------
From: **Southwest Reporting (Scheduling)** <scheduling@swreporting.com>
Date: Mon, Jan 27, 2020 at 3:10 PM
Subject: RE: Austin Tomorrow 1/28-Potentially video Only-Can you Cover?
To: Michelle Cherney-Perez <m.cherneyperez@gmail.com>
CC: <scheduling@swreporting.com>, Tim McCarble <tim.m@swreporting.com>

Michelle,

I appreciate the offer, but I was able to locate a reporter, so it will not be video only.  Also, we actually get our videos transcribed for about 75% less than the $6ppg with certification 😊 I'll keep you in mind in that regard if we get in a bind!

Thank you so much for handling the video portion for us!

Thank you,

1

**BARBARA MCCAULEY** | National Scheduling

SOUTHWEST LITIGATION SERVICE* | P: 713.650.1800 | F: 713.650.6245

Since 1972

826 Heights Blvd. | Houston, TX | 77007

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS:  Austin | Dallas | San Antonio | Corpus Christi

*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Michelle Cherney-Perez <m.cherneyperez@gmail.com>
**Sent:** Monday, January 27, 2020 3:07 PM
**To:** Southwest Reporting (Scheduling) <scheduling@swreporting.com>
**Subject:** Re: Austin Tomorrow 1/28-Potentially video Only-Can you Cover?

Hi Barbara,

I apologize for my delay, I was headed to my job. If tomorrow's depo does end up being video only we would like to offer you the opportunity to try out our new software! We put the audio into our software and it generates a rough draft type transcript, this rough draft is then edited for spelling & grammatical errors and any missed content. To bundle this with the video, we will honor the regular video rate of $85/hr. At this time we are not able to offer a certified transcript but we can give you a discount from our usual rate, at $6/page. Our video only rate is $100/hr, 3 hour minimum.

Thank you,

Michelle Cherney

Austin Legal Video, LLC

On Mon, Jan 27, 2020 at 11:46 AM Southwest Reporting (Scheduling) <scheduling@swreporting.com> wrote:

Great, thank you!!

What is the hourly charge for video only, or is there not a difference?

Thank you,

**BARBARA MCCAULEY** | National Scheduling

**SOUTHWEST LITIGATION SERVICE**∗ | P: 713.650.1800 | F: 713.650.6245

Since 1972

826 Heights Blvd. | Houston, TX | 77007

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS: Austin | Dallas | San Antonio | Corpus Christi

*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and

receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Michelle Cherney-Perez <m.cherneyperez@gmail.com>
**Sent:** Monday, January 27, 2020 11:42 AM
**To:** Southwest Reporting (Scheduling) <scheduling@swreporting.com>
**Cc:** Tim McCarble <tim.m@swreporting.com>; pasqualperez@yahoo.com
**Subject:** Re: Austin Tomorrow 1/28-Potentially video Only-Can you Cover?

Hi Barbara,

Yes, we can cover these. I'll add them to the schedule.

Thank you,

Michelle

On Mon, Jan 27, 2020 at 11:16 AM Southwest Reporting (Scheduling) <scheduling@swreporting.com> wrote:

> Good afternoon!!
>
> Any chance you all would happen to be available to cover these depositions tomorrow? There is a potential for them to be video only, so if you are available, please let me know what the price difference will be in the case of Video only vs. the standard Reporter/videographer job. THANK YOU!
>
> Thank you,
>
> **BARBARA MCCAULEY** | National Scheduling

SOUTHWEST 000007

SOUTHWEST LITIGATION SERVICE*  |  P: 713.650.1800 | F: 713.650.6245

Since 1972

826 Heights Blvd. | Houston, TX | 77007

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS:  Austin | Dallas | San Antonio | Corpus Christi

*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

--

*Michelle Cherney*

Office Manager

Austin Legal Video, LLC

C: 512.294.3053

--

*Michelle Cherney*

Office Manager

Austin Legal Video, LLC

C: 512.294.3053

--

*Michelle Cherney*

5

SOUTHWEST 000008

Office Manager
Austin Legal Video, LLC
C: 512.294.3053

6

SOUTHWEST 000009