## Barbara McCauley

**From:** Walter Bryan <walterbryan777@yahoo.com>
**Sent:** Wednesday, December 16, 2020 10:00 AM
**To:** Southwest Reporting (Scheduling)
**Cc:** scheduling@swreporting.com; 'Tim McCarble'
**Subject:** Re: Hi Barbara

Correct Barbara, I no longer work for Austin Legal Video (Pasqual "Trey" Perez). I am fully independent now.
Under the current pandemic situation, I am only doing Zoom videos. I performed Zoom depositions long before Covid 19 hit the country. I charge $45 per hour for remote depositions. I can handle exhibits if provided ahead of time and both parties agree. I have also displayed video clips and power points in the recordings.
When the time is right and things are safe again, I will resume live depositions in the field. Standard depositions will be $75 per hour. I can also provide PiP (picture in picture) for an additional flat fee of $200. Prior to the pandemic, I performed several hundred of these for Thomas J. Henry.
I operate primarily in the Austin area. If you feel you would like to use me, let me know and I will provide you with my W-9 for payroll/accounting purposes. If it all possible I prefer payroll on a Net-30 basis.
Thank you for taking the time to reach out to me, I look forward to doing business with you.


Walter Bryan
walterbryan777@yahoo.com
512-289-1632

On Wednesday, December 16, 2020, 8:38 AM, Southwest Reporting (Scheduling) <scheduling@swreporting.com> wrote:

> Hey Walter,
>
> Can you send me a copy of your rate sheet? Also, just to confirm you no longer have any affiliation with Austin Legal Video, correct?
>
> Thank you,
>
> **BARBARA MCCAULEY** | National Scheduling
>
> **SOUTHWEST LITIGATION SERVICE**\* | P: 713.650.1800 | F: 713.650.6245
>
> Since 1972
>
> 826 Heights Blvd. | Houston, TX | 77007

SOUTHWEST 000010

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS: Austin | Dallas | San Antonio | Corpus Christi

*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Walter Bryan <walterbryan777@yahoo.com>
**Sent:** Tuesday, December 15, 2020 4:54 PM
**To:** Southwest Reporting (Barbara) <scheduling@swreporting.com>
**Subject:** Hi Barbara

This is Walter Bryan, formerly of Austin Legal Video. It's been a long time since I spoke to you but do you remember me?

I just wanted to let you know I am still a videographer and still do depositions. I am an independent. I have been Zoom qualified 5 years prior to the pandemic so I am very good at it. When Covid finishes it's ugly business I'll be back at it in the field too.

Just curious if you might need my services? Please let me know and thank you! Stay safe.

Walter Bryan

walterbryan777@yahoo.com

512-289-1632



This email has been checked for viruses by Avast antivirus software. www.avast.com

SOUTHWEST 000012