## Barbara McCauley

| | |
|---|---|
| **From:** | Pasqual Perez <pasqualperez@yahoo.com> |
| **Sent:** | Monday, January 4, 2021 4:59 PM |
| **To:** | Southwest Reporting Scheduling; Tim McCarble; Michelle Cherney-Perez |
| **Subject:** | Fw: Question |
| **Attachments:** | AUSTIN LEGAL VIDEO EMAIL CORRESPONDENCE.pdf |

Barbara,
I have to disagree with your ridiculous comment. I was concerned that we were being slowly put at the bottom of the overflow list because of our app we were developing at the time . The jobs were cancelling at a very high rate so much that it concerned me because reporters were beginning to speak negatively about us and our app. Eventually all cr firms slowly went away and why? I even reached out to you guys but just like every other cr firm , your company had no interest. So here we are today and it seems every cr firm is embracing this same technology we were boycotted for.

So when you say ridiculous I question your sincerity.
Trey

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Southwest Reporting (Scheduling)" <scheduling@swreporting.com>
**To:** "'Pasqual Perez'" <pasqualperez@yahoo.com>
**Cc:** "scheduling@swreporting.com" <scheduling@swreporting.com>, "'Tim McCarble'" <tim.m@swreporting.com>
**Sent:** Mon, Jan 4, 2021 at 9:16 AM
**Subject:** RE: Question

Good morning Trey,


Good to hear from you. See attached email correspondence with Michelle from April 2019.  Restricting reservations on your calendar because SW had "too many" cancellations? After that email was received, the scheduling team was instructed by upper management to no longer use you all.  You know the industry, and for us to be held at such a position due to our clients cancelling the depositions, is just ridiculous.


Additionally, due to COVID, we literally had ZERO in person video jobs in the Austin and SATX area for the entire year of 2020. Our in house video team takes care of the Zoom Video Depositions.


Thank you,

1

**BARBARA MCCAULEY** | National Scheduling

**SOUTHWEST LITIGATION SERVICE**\* | P: 713.650.1800 | F: 713.650.6245

Since 1972

826 Heights Blvd. | Houston, TX | 77007

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS:  Austin | Dallas | San Antonio | Corpus Christi

\*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

---

**From:** Pasqual Perez <pasqualperez@yahoo.com>
**Sent:** Monday, January 4, 2021 6:59 AM
**To:** Southwest Reporting Scheduling <scheduling@swreporting.com>
**Subject:** Question

Hi there,

I was hoping someone in your scheduling department could give me some feedback on what mistake we may have made to get on the do not use list? I can't think of any incident , but we definitely got lowered to the last of the line . Your feedback would be greatly appreciated so we can remedy the situation and maybe get some work.

Thank you,

SOUTHWEST 000014

Pasqual Perez III "Trey"

Austin Legal Video

dba / Deposition Video Services

512-750-2167

---

 This email has been checked for viruses by Avast antivirus software.
www.avast.com