## SW Scheduling

| | |
|---|---|
| **From:** | SW Scheduling |
| **Sent:** | Friday, January 6, 2023 9:30 AM |
| **To:** | Walter Bryan |
| **Cc:** | Tim McCarble; SW Scheduling |
| **Subject:** | RE: Captis Legal Video |

Yes sir, thank you! I'll contact you when I have something in your area! We typically do all of our Zoom Depos in house, just for reference, so any work I will have will more than likely be in person jobs.

Thank you,

**BARBARA MCCAULEY | National Scheduling**
**SOUTHWEST LITIGATION SERVICE**∗ **| P: 713.650.1800 | F: 713.650.6245**
**Since 1972**

826 Heights Blvd. | Houston, TX | 77007

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS:  Austin | Dallas | San Antonio | Corpus Christi

*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature  of the communication. Any review or distribution by others is strictly prohibited. If you are not the

**From:** Walter Bryan <walt@captislegalvideo.com>
**Sent:** Friday, January 6, 2023 9:27 AM
**To:** SW Scheduling <scheduling@swreporting.com>
**Cc:** SW Scheduling <scheduling@swreporting.com>; Tim McCarble <tim.m@swreporting.com>
**Subject:** Re: Captis Legal Video

No, I'm not working with Trey. He has moved on to something else, but we have remained friends. I've known him for 20 years but it's a rather tense situation. Such is life.
Walt

Get Outlook for iOS

**From:** SW Scheduling <scheduling@swreporting.com>
**Sent:** Friday, January 6, 2023 9:21:30 AM
**To:** Walter Bryan <walt@captislegalvideo.com>
**Cc:** SW Scheduling <scheduling@swreporting.com>; Tim McCarble <tim.m@swreporting.com>
**Subject:** RE: Captis Legal Video

Walter, thank you for sending this to me. I have got you all entered into our system.  Also, I just need to ask, since you were previously affiliated with Austin Legal Video, are you still working with Trey Perez?

1

SOUTHWEST 000016

Thank you,

**BARBARA MCCAULEY** | National Scheduling
**SOUTHWEST LITIGATION SERVICE**∗ | P: 713.650.1800 | F: 713.650.6245
**Since 1972**

826 Heights Blvd. | Houston, TX | 77007

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS:  Austin | Dallas | San Antonio | Corpus Christi

∗Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the

**From:** Walter Bryan <walt@captislegalvideo.com>
**Sent:** Friday, January 6, 2023 9:02 AM
**To:** SW Scheduling <scheduling@swreporting.com>
**Subject:** Captis Legal Video

Good Morning Barbra,
Sorry for the slight delay, it's been a busy week.
Attached is the company W-9, below are the rates. The rates are pretty much the same as prior to the pandemic, let me know if this is acceptable.
~In Person Depositions - $85 per hour, 3 hour minimum, 30 minute setup.
~Zoom Depositions - $65 per hour, no setup fee. We have the ability to provide "break-out rooms" and can handle documents and exhibits when provided before the depositions.
We are working on setting up Picture in Picture depositions again, I'll let you know once we are ready for that. I'll give you a rate when the time comes.
Thank you and we look forward to working with you the new year!
Walt

Get Outlook for iOS

SOUTHWEST 000017

## SW Scheduling

**From:** Walter Bryan <walt@captislegalvideo.com>
**Sent:** Monday, January 9, 2023 11:38 AM
**To:** SW Scheduling
**Cc:** SW Scheduling; Tim McCarble
**Subject:** Re: Hey Barbara

Ok, I hear you
Walt

Get Outlook for iOS

**From:** SW Scheduling <scheduling@swreporting.com>
**Sent:** Monday, January 9, 2023 11:36:16 AM
**To:** Walter Bryan <walt@captislegalvideo.com>
**Cc:** SW Scheduling <scheduling@swreporting.com>; Tim McCarble <tim.m@swreporting.com>
**Subject:** RE: Hey Barbara

Hey Walt!

Nothing that you necessarily need to be concerned about. Just a string of unfortunate discussions where he wasn't the most professional to me personally, and then some other information that a client made us aware of, which I am under strict confidentiality on that particular incident, unable to same much more. Those things coupled together was enough for management to put into affect that he was no longer a "preferred" videographer for our company.

Thank you,

**BARBARA MCCAULEY | National Scheduling**
**SOUTHWEST LITIGATION SERVICE\* | P: 713.650.1800 | F: 713.650.6245**
**Since 1972**

826 Heights Blvd. | Houston, TX | 77007

National Court Reporting Scheduling | Legal Video | Record Retrieval | Subpoena~Citations | Conference Rooms | e-Discovery | Trial Presentations | Copies | Scans | **Texas and Nationwide**

Website | Blog | Facebook | Twitter | LinkedIn | Online Repository

OTHER LOCATIONS: Austin | Dallas | San Antonio | Corpus Christi

\*Southwest Reporting & Video Service, Inc. d/b/a Southwest Litigation Service
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the

**From:** Walter Bryan <walt@captislegalvideo.com>
**Sent:** Monday, January 9, 2023 11:22 AM
**To:** SW Scheduling <scheduling@swreporting.com>
**Subject:** Hey Barbara

SOUTHWEST 000018

I was thinking about it over the weekend and I'm curious. What happened with Trey Perez that makes you so concerned? Is there something I should know?
Thanks,
Walt

Get Outlook for iOS

SOUTHWEST 000019