IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUSTIN LEGAL VIDEO, LLC, DEPO-NOTES, LLC, and PASQUAL PEREZ, III, | § § § | |
| *Plaintiffs,* | § | C.A. No. 1:23-cv-00421-DAE |
| v. | § § | |
| DEPOSITION SOLUTIONS, LLC D/B/A LEXITAS, COURT REPORTERS CLEARINGHOUSE, INC., ALDERSON REPORTING COMPANY, INC., SOUTHWEST REPORTING & VIDEO SERVICE, INC., KENNEDY REPORTING SERVICE, INC., TEXAS COURT REPORTERS ASSOCIATION, INC., SPEECH TO TEXT INSTITUTE, INC., SHERRI FISHER, LORRIE SCHNOOR, SONIA TREVINO, AND SHELLY TUCKER, | § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

On this date, the Court considered Defendant Southwest Reporting & Video Service, Inc.'s ("Southwest") Motion to Dismiss and Motion for Summary Judgment. After consideration of the Motions, the response and reply thereto, and relevant case law, the Court hereby:

\_\_\_\_\_ GRANTS Southwest's Motion to Dismiss Plaintiffs' claims and dismisses such claim with prejudice as to Defendant Southwest;

\_\_\_\_\_ GRANTS Southwest's Motion for Summary Judgment claim for "unlawful group boycott" under the Sherman Act, 15 U.S.C. § 1 and dismisses such claim with prejudice as to Defendant Southwest;

\_\_\_\_\_ GRANTS Southwest's Motion for Summary Judgment claim for "group boycott and concerted refusal to deal" under the Texas Fair Enterprise & Antitrust Act, Tex. Bus.

& Com. Code § 15.05(a) and dismisses such claim with prejudice as to Defendant Southwest;

_____ GRANTS Southwest's Motion to Dismiss Plaintiffs' claim for "Tortious Interference with Prospective Business Relations" and dismisses such claim with prejudice as to Defendant Southwest.

**SO ORDERED.**

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE